# SUPREME COURT OF HAWAI'I

Bank of Hawaii v. Shaw . . . . . . . . . . . 16787     10/14/96    Denied      83 Hawai'i 50,
924 P.2d 544

Labayog v. Labayog; Estate of La-
   bayog, In re . . . . . . . . . . . . . . . . . . . 16096,     10/21/96    Granted     83 Hawai'i 412,
                                   16310                                       927 P.2d 420